IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02502-REB-MEH

KENDRA E. BOWERS, a Colorado resident,

    Plaintiff,

v.

WYNDHAM VACATION RESORTS, INC., a Delaware corporation, f/k/a Fairfield Resorts, Inc., f/k/a Fairfield Communities, Inc., and
WYNDHAM VACATION OWNERSHIP, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 29, 2008.**

    Plaintiff's Motion for Leave to File Amended Complaint [filed December 24, 2008; docket #17] is **denied without prejudice**. The Plaintiff must file her motion on a separate paper (see D.C. Colo. LCivR 7.1C) and may attach a copy of her proposed amended complaint thereto. The Plaintiff must also meet her obligations to confer with the opposing party regarding any motion (except those brought pursuant to Fed. R. Civ. P. 12 or 56) in accordance with D.C. Colo. LCivR 7.1A.