IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02502-REB-MEH

KENDRA E. BOWERS, a Colorado resident,

    Plaintiff,

v.

WYNDHAM VACATION RESORTS, INC., a Delaware corporation, f/k/a Fairfield Resorts, Inc., f/k/a Fairfield Communities, Inc., and
WYNDHAM VACATION OWNERSHIP, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 23, 2009.**

    Having no objection from the Plaintiff and in the interests of justice, Defendants' Motion for Leave to File Second Amended Counterclaims [filed February 23, 2009; docket #25] is **granted**. The Clerk of the Court is directed to accept for filing the Answer and Second Amended Counterclaims found at docket #25-2. Plaintiff's Answer to the Second Amended Counterclaims, found at docket #28, is accepted as filed.