**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02502-REB-MEH

KENDRA E. BOWERS, a Colorado resident,

    Plaintiffs,

v.

WYNDHAM VACATION RESORTS, INC., a Delaware corporation f/k/a Fairfield Resorts, Inc., f/k/a Fairfield Communities, Inc., and
WYNDHAM VACATION OWNERSHIP, INC.,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation to Dismiss With Prejudice** [#33] filed May 12, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation to Dismiss With Prejudice** [#33] filed May 12, 2009, is **APPROVED**;

2. That the Trial Preparation Conference set for January 8, 2010, is **VACATED**;

3. That the jury trial set to commence January 25, 2010, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated May 12, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

2